# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129971

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ADAM BRINDLEY,
          Defendant-Appellant.

SC: 129971
COA: 265440
Iosco CC: 04-001158-FH

_____/

On order of the Court, the application for leave to appeal the November 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk